**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ELLA AND RAMIN LLC, | ) | Case No. 1:24-cv-7870 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF REMOVAL OF** |
| | ) | **ACTION UNDER 28 U.S.C. § 1441** |
| v. | ) | **(Diversity Jurisdiction)** |
| | ) | |
| TRAVELERS INSURANCE COMPANY and | ) | CIRCUIT COURT OF COOK |
| ALAN D. SCHNITZER, | ) | COUNTY, ILLINOIS |
| | ) | No. 2024 L 008417 |
| Defendants. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants, TRAVCO INSURANCE COMPANY, incorrectly sued as TRAVELERS INSURANCE COMPANY ("Travelers"), and ALAN D. SCHNITZER ("Schnitzer"), by and through their attorneys, pursuant to 28 U.S.C. §§ 1332, 1441(a) and 1446, hereby remove to this Court the state court action described below:

1. On July 31, 2024, Plaintiff, ELLA AND RAMIN, LLC ("Ella and Ramin"), filed a "pro se" action in the Circuit Court of Cook County, Illinois, under Case No. 2024 L 008417, against Defendants Travelers and Schnitzer. Ella and Ramin's Complaint is attached hereto as Exhibit A and incorporated herein by reference.

2. On August 5, 2024, Ramin Ghayoori, who is not an attorney, but on behalf of Ella and Ramin, emailed Dawn Midkiff, Travelers' Lake Michigan Claim Center General Counselor, "to serve a summons and complaint against Travelers Insurance and Mr. Alan D. Schnitzer," requesting that she "confirm if [she would] accept service via email." On August 6, Ms. Midkiff responded to Ramin Ghayoori that Travelers is "reviewing the matter and expect[s] to have a response to you within the next few days."

3. On August 9, after the undersigned counsel was retained by Defendants, Ms. Midkiff sent another email to Ramin Ghayoori "concerning service of summons and complaint," suggesting that Ramin Ghayoori "direct any request for Waiver of Service to his attention." On the same day, Ramin Ghayoori emailed the undersigned counsel, asking if he "prefer[red] to accept service on behalf of both parties again at your office."

4. Travelers and Schnitzer have not been served with the Complaint but will waive service of summons and file their waiver of service of summons in this Court.

5. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed before Travelers and Schnitzer have been served with Ella and Ramin's Complaint and within thirty (30) days after receipt of a courtesy copy of Ella and Ramin's Complaint on or after August 5, 2024, by Travelers' Claim Center General Counselor.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Travelers and Schnitzer pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. At the time the Complaint was filed, and at all times subsequent thereto, Plaintiff Ella and Ramin was and is an Illinois limited liability company with, on information and belief, two members, Ella Dedegkaeva and Ramin Ghayoori, who are individual persons and were and are citizens of the State of California.

8. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Travelers was and is a Connecticut corporation with its principal place of business in the State of Connecticut.

9. At the time the Complaint was filed, and at all times subsequent thereto, Defendant Schnitzer was and is a citizen of the State of New York.

10. As Ella and Ramin's Complaint alleges damages in excess of $5 million, the amount in controversy exceeds $75,000.

WHEREFORE, Defendants, TRAVCO INSURANCE COMPANY, incorrectly sued as TRAVELERS INSURANCE COMPANY, and ALAN D. SCHNITZER, pray that the above-entitled cause, currently pending in the Circuit Court of Cook County, Illinois, under Case No. 2024 L 008417, be removed therefrom to the United States District Court for the Northern District of Illinois and that this cause proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/ Thomas B. Orlando
Thomas B. Orlando
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
312-863-5000
torlando@fgppr.com

Attorneys for Defendants,
TRAVCO INSURANCE COMPANY and
ALAN D. SCHNITZER

**CERTIFICATE OF SERVICE**

      I, the undersigned, on oath, subject to penalty of perjury, state that I served the Notice of Removal and Appearance, by emailing Ella and Ramin, LLC, on August 29, 2024, at the email address set forth below.

    Dr. Ramin Ghayoori
    Ella and Ramin, LLC
    r4g4h4@gmail.com

    /s/ Thomas B. Orlando
    Thomas B. Orlando
    FORAN GLENNON PALANDECH
    PONZI & RUDLOFF PC
    222 N. LaSalle Street, Suite 1400
    Chicago, IL 60601
    312-863-5000
    torlando@fgppr.com